UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION at DETROIT

**RODNEY DICKERSON**
**LORI LOYNES-DICKERSON,**                      Case No. 08-57212
                          Debtor.                      Judge Tucker
_____                  **Chapter 13**

**RODNEY DICKERSON**
**LORI LOYNES-DICKERSON,**

                        Plaintiff,                    Adversary Proceeding

vs.

Home 123 Corporation, a California corporation, assignor to
**Deutsche Bank National Trust Company as trustee for**
**HSI ASSET SECURITIZATION CORP.Trust 2007-NC1**
By and through **AMERICA'S LENDING CO.,** a
Corporation, jointly and severally,

                        Defendants.
_____

### COMPLAINT TO DETERMINE THE VALUE AND EXTENT OF THE JUNIOR MORTGAGE LIEN OF HIS ASSET SECURITIZATION CORP.

**NOW COMES** the Plaintiff Rodney Dickerson and Lori Loynes-Dickerson, by and through their attorney Mark P. McLoughlin, and complaining above the above captioned Defendants (all collectively hereinafter: "Defendants"), alleges as follows:

1. Jurisdiction of this matter is conferred on the Court by 28 USC § 1334(b).

2. This is a core proceeding pursuant to 28 USC § 157(b)(2)(K).

3. Venue is proper in the Eastern District of Michigan pursuant to 29 USC § 1409(a).

4. On July 17, 2008, Debtor filed his Chapter 13 Petition herein.

page 1 of 3, Debtor's Complaint against Specialized Loan Servicing, L.L.C., et.al.

08-05208-tjt    Doc 1    Filed 10/08/08    Entered 10/08/08 11:25:49    Page 1 of 3

5. There are two (2) mortgage liens on the Debtor's subject property commonly known as 21705 Boulder, Eastpointe, Michigan 48021 ("Property"); legal description: Land situated in the City of Eastpointe, County of Macomb, State of Michigan, to-wit; Lot 1 Scheuren and Mok Subdivision, as recorded in Liber 6, Page 68, of Plats, Macomb County Records.

6. The first lien on the Property is held by Saxon Mortgage Services, L.L.C. ("First Mortgage Lien") and a claim has been filed by that party in the amount of $106,982. in the underlying Chapter 13 proceeding.(Claim #4)

7. The junior second lien ("Second Mortgage Lien"), held by DEFENDANT herein, as recorded at liber 18411 page 470 Macomb County Records , and a claim has been filed by that party in the sum of $27,100 in the underlying Chapter 13.(Claim #5)

8. A Plan was filed by the Debtor herein on July 17, 2008, and subsequently modified on September 23, 2008, which proposes to "strip" , or otherwise treat as a general unsecured claim, the Second Mortgage Lien claim held by defendant herein, upon the entry of discharge.

9. The fair market value of the subject property on the date of filing of the Chapter 13 petition, as stated on Schedule A therein, is $90,000. The balance owing on the first mortgage, as set forth above, was $106,982.

10. 11 USC §506(a) allows a creditor to have a secured claim only the extent of the value of its interest in the estate's interest in the Property, and an unsecured claim to the extent

that its interest is less than the amount of its allowed secured claim.  Based on the valuation of the subject Property, Defendants or their assigns do not have any allowable secured claim.

    11.  The interest of the First Mortgage Lien alone exceeds the value of the Property.

    12.  There is no remaining interest in the estate's interest in the property to which Defendant's Second Mortgage Lien can attach, with the remainder to be treated as unsecured.

    **WHEREFORE**, Plaintiff prays that this Honorable Court enter an Order determining that, UPON COMPLETION OF THE TERMS OF THE CHAPTER 13 PLAN, AND ENTRY OF THE ORDER OF DISCHARGE,  the Second Mortgage Lien of the Defendants set forth herein shall be DECLARED DISCHARGED entirely from the subject Property.

Dated: <u>October 8, 2008</u>                   /s/ Mark P. McLoughlin

                                                      **Mark P. McLoughlin (P-29266)**
                                                      **Attorney for the Debtor**
                                                      **211 West Fort Street**
                                                      **Suite 510**
                                                      **Detroit, MI 48226**
                                                      **(313) 962-9798**
                                                      **Mcloughlin.law@gmail.com**